LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 796-4560
    Facsimile: (909) 796-3402
    E-Mail: Fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| CARL PETITE, | No. EDCV 11-1542 PLA |
| Plaintiff, | <u>ORDER AWARDING</u> |
| | <u>EAJA FEES</u> |
| v. | |
| MICHAEL J. ASTRUE, Commissioner Of Social Security, | |
| Defendant. | |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that EAJA fees are awarded in the amount of THREE THOUSAND FOUR HUNDRED DOLLARS AND 00/100 ($3,400.00) subject to the terms of the stipulation.

    DATE: April 20, 2012       /s/ Paul L. Abrams

HON. PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE

-1-